JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE LAVERN JONES,            )<br>                                                  )<br>       Plaintiff,                         )<br>                                                  )<br>                                                  )<br>v.                                              )<br>                                                  )<br>CAROLYN W. COLVIN,     )<br>       Acting Commissioner   )<br>       of Social Security,           )<br>                                                  )<br>       Defendant.                     )<br>_____)  | Case No. 1:15-cv-00225-SAB<br><br>**STIPULATION AND PROPOSED<br>ORDER FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S<br>OPENING BRIEF** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time to November 4, 2015, for filing of Plaintiff's Opening Brief.  This is Plaintiff's first request for an extension.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload.

**Jones v. Colvin**                                                                       **Stipulation and Proposed Order**
**E.D. Cal. 1:15-cv-00225-SAB**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                   Respectfully submitted,

Date:  October 1, 2015                JACQUELINE A. FORSLUND
                                                  Attorney at Law


                                                  _/s/Jacqueline A. Forslund_
                                                  JACQUELINE A. FORSLUND

                                                  Attorney for Plaintiff


Date:  October 2, 2015                BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DEBORAH STACHEL
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration


                                                  _/s/*Jeffrey Chen_
                                                  JEFFREY CHEN
                                                  Special Assistant United States Attorney
                                                  *By email authorization

                                                  Attorney for Defendant

                                                  ORDER

IT IS SO ORDERED.

Dated:  **October 6, 2015**                                 
                                                  UNITED STATES MAGISTRATE JUDGE