# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE LAVERN JONES,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:15-cv-00225-LJO-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED<br><br>TEN-DAY DEADLINE |

On October 6, 2015, an order issued granting the parties stipulation to extend time for briefing.  Pursuant to the stipulation, Plaintiff's opening brief was due on November 4, 2015; and all other dates in the Court's scheduling order were to be amended accordingly.  (ECF No. 17.)

Plaintiff filed her opening brief on November 2, 2015.  (ECF No. 18.)  Pursuant to the February 12, 2015 scheduling order, Defendant's responsive brief was due within thirty days. (ECF No. 6.)  Defendant has not filed an opposition brief.

Accordingly, IT IS HEREBY ORDERED that, within ten (10) days from the date of service of this order, Defendant shall either file a written response to this order to show cause why Plaintiff's opening brief should not be deemed unopposed or file an opposition to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   **December 14, 2015**

UNITED STATES MAGISTRATE JUDGE