# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE LAVERN JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:15-cv-00225-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 19) |

   On December 14, 2015, an order issued requiring Defendant to either file an opposition to Plaintiff's opening brief or show cause why this action should not be deemed unopposed. (ECF No. 19.)  On December 23, 2015, Defendant filed a cross-motion for summary judgment. Accordingly, the order to show cause filed December 14, 2015 is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 24, 2015**                                    _____
                                                                                         UNITED STATES MAGISTRATE JUDGE

1